# NJAFP
### New Jersey Academy of Family Physicians

**OFFICERS 2004-2005**

**President**
Caryl J. Heaton, DO

**President-Elect**
Robert Spierer, MD

**Vice President**
Jeffrey A. Zlotnick, MD

**Treasurer**
Thomas S. Bellavia, MD

**Secretary**
John D. Ruiz, MD

**Executive Vice President**
Raymond J. Saputelli, CAE

**BOARD OF TRUSTEES**

**Board Chair**
Terry E. Shlimbaum, MD

Cindy Barter, MD 2007
Salvatore Bernardo, MD 2007
Annabelle B. Dimapilis, DO 2006
Amparito I. Fiallo, MD 2005
Anthony G. Miccio, MD 2006
Stephen A. Nurkiewicz, MD 2006
Thomas R. Ortiz, MD 2005
Marty D. Sweinhart, MD 2007
John F. Tabachnick, MD 2005

**RESIDENT TRUSTEES**
Vicky B. Tola, MD 2006
Christopher P. Zipp, DO 2005

**STUDENT TRUSTEES**
Sarita A. Bharadwaj 2005
Molly Cohen 2006

**VOTING PAST PRESIDENTS**
Kenneth W. Faistl, MD 2005
Arnold I. Pallay, MD 2005

**AAFP DELEGATES**
Richard Cirello, MD 2006
Robert M. Pallay, MD 2005

**AAFP ALTERNATES**
Mary F. Campagnolo, MD 2005
Richard L. Corson, MD 2006

May 1, 2005

Mr. Jerry L. Price
761 Shady Grove Lane
Buffalo Grove, IL 60089

Dear Mr. Price:

This is a letter of agreement between the New Jersey Academy of Family Physicians, hereinafter "NJAFP", and Jerry L. Price, hereinafter "Contractor", for provision of professional services pursuant to the following agreed terms:

1. NJAFP retains Contractor to provide direction, project administration, contacts and to help secure funding for NJAFP's continuing medical educational programs through NJAFP Med-QI. These services are comprised of the following activities:
    a. Managing and coordinating project administration. Designing of instruments, faculty development and coordination, and vendor management in order to fulfill programs as outlined in individual project Letters of Agreement (LOA).
    b. Utilizing the current and proposed CME projects in order to extend CME product lines with updates of current materials or new uses for current materials.
    c. Using current and future NJAFP CME projects to create proposals. Follow up on proposals to monitor status, report status to the NJAFP and close agreements with funding entities for CME projects.
    d. Advise, suggest and provide direction for CME program development activities.

2. Contractor shall consult with, report to and take direction from the Executive Vice President of the NJAFP or his designated representative. However, NJAFP agrees that Contractor shall employ whatever efforts or strategies he determines to be appropriate, within legal and ethical guidelines, in providing the services specified in paragraph 1 and all subparagraphs thereof.

3. This agreement shall commence on May 1, 2005 and be effective through December 31, 2005. This agreement shall renew for an additional twelve (12) month period on January 1, 2006, and each January 1 thereafter, unless terminated or modified in writing, and accepted by both parties. Either party may terminate the agreement for any reason upon ninety (90) days written notice to the other. Final payments for CME project revenue secured by Contractor will only be made for funds which are secured during the term of this agreement and will be payable at the end of the month in which they are

112 West State Street, Trenton NJ 08608    Phone: (866) 674-4200 [toll free in NJ] or (609) 394-1711    Fax: (609) 394-7712    Web: www.njafp.org

EXHIBIT A

...

Case 1:08-cv-00342   Document 1-2   Filed 01/15/2008   Page 2 of 2

Jerry L. Price – May 1, 2005, Page 2

received even if such receipt is after termination of this agreement. Further, contractor agrees that any projects solicited during this agreement will be offered to the NJAFP for fulfillment under the terms of this agreement, even if the parties have agreed to terminate said agreement prior to a signed LOA with a client company.

4. In consideration of the services to be provided by Contractor, NJAFP agrees to pay Contractor 10% (ten percent) of the gross amount of CME project revenue for those projects administered by Contractor and collected by NJAFP since the date of this agreement. Payment will be issued upon submission of an invoice by Contractor and receipt of all necessary completed documentation.

5. All notices, correspondence, payments or other items of a similar nature shall be sent to the parties at the following addresses:

Raymond J. Saputelli, CAE
Executive Vice President
NEW JERSEY ACADEMY OF FAMILY PHYSICIANS
112 West State Street
Trenton, NJ 08608
Phone: 609-394-1711

Jerry L Price
761 Shady Grove Lane
Buffalo Grove, IL 60089
Phone: 847-541-7953

6. This agreement does not constitute any type of partnership, joint venture or similar undertakings between the parties. The agreement does not include any employee benefits such as health insurance, life insurance or a pension plan. Further, the parties agree that no additional compensation, reimbursements or remuneration of any type other than that which is explicitly stated above will apply unless agreed to by both parties in writing.

Signed this _____ day of May, 2005

NEW JERSEY ACADEMY OF FAMILY PHYSICIANS

Raymond J. Saputelli, CAE
Executive Vice President

Signed this _____ day of May, 2005

JERRY L. PRICE

Jerry L. Price