# WILENTZ GOLDMAN & SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 569-0090
Fax (215) 636-3999

One Oxford Centre
Suite 4300
Pittsburgh, PA 15219
(412) 255-3767
Fax (412) 255-3701

website: www.wilentz.com

Please reply to Woodbridge:

Direct Dial: (732) 855-6056
Direct Fax: (732) 726-6523

May 7, 2007

Ronald L. Bell, Esq.
Ronald L. Bell & Associates, P.C.
1275 Barclay Boulevard, Suite 100
Buffalo Grove, IL 60089

Re:   New Jersey Academy of Family Physicians – Jerry L. Price

Dear Mr. Bell:

    This responds to your letter of April 17, 2007 to our client, New Jersey Academy of Family Physicians ("Academy"). Even assuming arguendo an interpretation of the Agreement that would require payment to you client if monies were generated, no revenue has been generated for projects for which your client is entitled to payment.

    Merck/Lundbeck made a decision not to continue development of Gaboxadol, its sleep medication, and Arcoxia related initiatives. Accordingly, our client is refunding the monies to Merck in accordance with the request by Bruce Nzerem, Manager, Academic & Professional Affairs, Merck & Co., Inc. dated April 25, 2007 and attached hereto for your reference.

    In April 2007, the Academy executed a contract with the University of North Texas Health Science Center, Office of Professional and Continuing Education, based upon an educational grant to the University from Wyeth Laboratories. Since the contract with the University was made subsequent to the termination of the contract between our clients, nothing is due your client.

#2888696 (148203.001)

Accordingly, please be advised that no sums are due your client.

Very truly yours,

GORDON J. GOLUM

GJG/dp
Enclosure
cc:   Ray Saputelli