STATE OF TEXAS )
) SS
COUNTY OF TARRANT )

## AFFIDAVIT

Andrew Crim, being first duly sworn under oath, deposes and states as follows:

1. I am the Executive Director of Professional and Continuing Education for University of North Texas Health Science Center Office of Professional and Continuing Education.

2. I am familiar with New Jersey Academy of Family Physicians.

3. On April 16 2007, University of North Texas Health Science Center at Fort Worth Office of Professional and Continuing Education contracted with New Jersey Academy of Family Physicians on a project entitled "Depression in Women at Midlife and Beyond".

4. The amount of the contract was $120,400.00.

5. The amount paid to New Jersey Academy of Family Physicians was $115,050.00 in April 2007. Final payment is scheduled for October 2007.

6. There have been no monies refunded or returned to University of North Texas.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Andrew Crim

SUBSCRIBED and SWORN

to before me this 4th day

of October, 2007.

_Martha Horsman_  My Commission Expires: 12/20/2008
NOTARY PUBLIC



MARTHA HORSMAN
My Commission Expires
December 20, 2008

**08 C 342**  JUDGE MAROVICH
MAGISTRATE JUDGE COX

EXHIBIT C