**Subject:** Re: NJAFP Breast Cancer Project
**From:** Mary Herold <HEROLD_MARY@LILLY.COM>
**Date:** Thu, 12 Jul 2007 16:33:37 -0400
**To:** Jerry Price <jlpriceqi@comcast.net>

```
Jerry -

the LOA was signed Feb 26 - the amount was somewhat less than $350K

Mary Patricia Herold
Associate Financial Consultant, Lilly Grants Office
Oncology, Women's Health, Cardiovascular and Critical Care
Tel:  (317) 277-7542
Fax: (317) 651-9077
```

**JUDGE MAROVICH**
**MAGISTRATE JUDGE COX**

```
            Jerry Price

            <jlpriceqi@comcas

            t.net>                                              To
                                Mary Herold <HEROLD MARY@LILLY.COM>
            07/12/2007 01:42                                    cc
            PM
                                                           Subject
                                NJAFP Breast Cancer Project
```

Mary,

Would you please let me know when the NJAFP Breast Cancer project LOA
was signed and the final Grant total?  I need the information to receive
payment from NJAFP on the project.

EXHIBIT D