**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**TG**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Jerry L. Price
v.
New Jersey Academy of Family Physicians, Inc.
New Jersey Academy of Family Physicians

Case Number:

**08 C 342**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE MAROVICH**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print)<br>Ronald L. Bell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ronald L. Bell | |
| FIRM<br>Ronald L. Bell & Associates, P.C. | |
| STREET ADDRESS<br>1275 Barclay Blvd., Ste. 100 | |
| CITY/STATE/ZIP<br>Buffalo Grove, IL 60089 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03126822 | TELEPHONE NUMBER<br>847-495-6000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐