### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERRY L. PRICE, | ) | |
| an Individual | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 342 |
| | ) | |
| NEW JERSEY ACADEMY OF FAMILY | ) | Judge George M. Marovich |
| PHYSICIANS, INC., a New Jersey Corporation | ) | |
| d/b/a NEW JERSEY ACADEMY OF FAMILY | ) | Magistrate Judge Susan E. Cox |
| PHYSICIANS | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     Lauren Newman
        Thompson, Coburn, Fagel & Haber
        55 E. Monroe St., 40th Fl.
        Chicago, IL 60603

Please take notice that on the 7th day of April 2008 I filed the attached Plaintiff's Answer to

Defendants' Affirmative Defenses with the Clerk of the Court of the United States District Court,

Northern District of Illinois.

## CERTIFICATE OF SERVICE

Ronald L. Bell an attorney certifies that on the 7th day of April 2008, I served a copy of the

attached document to the above named attorney at the above listed address by depositing the same

in the U.S. Mail with proper postage before 5:00 p.m.

/s/ Ronald L. Bell_____

Ronald L. Bell & Associates, P.C.
Attorney for Plaintiff
1275 Barclay Blvd. Suite 100
Buffalo Grove, IL 60089
847-495-6000
Atty. No. 03126822