UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jerry L. Price

                Plaintiff,

v.                                         Case No.: 1:08−cv−00342
                                                     Honorable Susan E. Cox

New Jersey Academy of Family Physicians, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. The Court was advised of the status of discovery. Discovery deadline set for 10/10/08. Parties are encouraged to meet and confer before the filing of discovery motions. However, if there are disputes, the parties are to bring them to the Court's attention as soon as possible. Status hearing set for 8/21/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.