**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jerry L. Price

             Plaintiff,

v.                     Case No.: 1:08−cv−00342

                     Honorable Susan E. Cox

New Jersey Academy of Family Physicians, Inc.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

   MINUTE entry before the Honorable Susan E. Cox:Magistrate Judge Status hearing held on 8/21/08. The Court was advised of the status of discovery. Counsel were reminded to bring discovery disputes to the Court's attention in a timely fashion. Plaintiff's oral motion for an extension of the discovery deadline is granted. Discovery cut−off set for 11/7/08. Status hearing set for 11/12/08 at 9:30 a.m. to discuss a settlement conference. If the parties desire a settlement conference date prior to the next scheduled status hearing, please contact the courtroom deputy. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.